| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| MICHAEL COSENTINO ESQ, Bar #83253 <br> Law Offices Of: Michael Cosentino <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702  FAX No: 510-747-1640 <br> CBLAYLOCK@COSENTINOLAW.COM <br> Attorney for: Plaintiff | | | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court; Northern District Of California | | | | |
| Plaintiff: UNITED STATES OF AMERICA | | | | |
| Defendant: HYON C. O AKA HYON O | | | | |
| **PROOF OF SERVICE** <br> **SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 11 4174 SLM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT;

3. a. Party served:  HYON C. O AKA HYON O
   b. Person served:  party in item 3.a., Chinese, Female, 55-60 Years Old, Black Hair, 5 Feet 2 Inches, 120 Pounds

4. Address where the party was served:  3128 CRESCENT AVENUE #16
   Marina, CA 93933

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Sep. 25, 2011 (2) at: 6:00PM

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOHN DiCARLO                                            d. *The Fee for Service was:*  $55.00
   
   
   
   903 Sneath Lane
   Suite #227
   San Bruno, CA 94066
   Phone 650.794.1923
   FAX 650.989.4182
   
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 33
       (iii) County: Monterey

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Sep. 28, 2011                                                                (JOHN DiCARLO)

Judicial Council Form                          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007         SUMMS IN CIV. ACTION                                         micos. 40058