UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:11-CV-04174 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| HYON C O, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on August 31, 2012, before this Court in the above-entitled case. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that Defendant appear on **December 14, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why the Defendant's default should not be entered for failure to appear at the case management conference on August 31, 2012, for failure to defend, and for failure to comply with this Court's Order of May 30, 2012. A case management conference is also scheduled for **December 14, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: September 5, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge